| | |
|---|---|
| 1 | STEPTOE & JOHNSON LLP |
| | 201 East Washington Street, Suite 1600 |
| 2 | Phoenix, Arizona 85004-2382 |
| | Telephone: (602) 257-5200 |
| 3 | Facsimile:  (602) 257-5299 |
| 4 | Timothy M. Strong (21345) |
| | tstrong@steptoe.com |
| 5 | Kimberly Allen (029783) |
| | kallen@steptoe.com |
| 6 | |
| 7 | Attorneys for Defendant Illinois National Insurance Company |

8   UNITED STATES DISTRICT COURT

9   DISTRICT OF ARIZONA

| | | |
|---|---|---|
| 10 | | |
| 11 | FARWEST PUMP COMPANY, a corporation, | No. |
| 12 | Plaintiff, | **NOTICE OF REMOVAL** |
| 13 | vs. | |
| 14 | ILLINOIS NATIONAL INSURANCE COMPANY, an insurance company; | |
| 15 | AMERICAN INTERNATIONAL GROUP, INC., an insurance company; | |
| 16 | JOHN DOES and JANE DOES 1-5; XYZ CORPORATIONS 1-X, | |
| 17 | | |
| 18 | Defendant. | |

19  Defendant Illinois National Insurance Company ("Illinois National") gives notice
20  of removal of the above-captioned action from the Superior Court of the State of
21  Arizona in and for the County of Pima, where it is currently pending, to the United
22  States District Court for the District of Arizona, pursuant to 28 U.S.C. § 1441 *et seq*. In
23  accordance with 28 U.S.C. § 1446(a) and Local Rule 3.6(b), Exhibit A to this Notice of
24  Removal is the entire state-court file for this action, including Plaintiff's Complaint and
25  accompanying Certificate of Compulsory Arbitration, and the Waiver of Service signed
26  by undersigned counsel for Illinois National. Exhibit B is a copy of the most recent
27  version of the docket from the Pima County Superior Court.
28

Pursuant to 28 U.S.C § 1446(d) and Local Rule 3.6(a), Illinois National has provided notice of removal to all parties that have been served, through delivery of a copy of this notice. Illinois National has also filed with the clerk of the Pima County Superior Court (the state court from which the action has been removed) a Notice of Filing Notice of Removal, to which is attached a copy of this Notice of Removal.

No defendants other than Illinois National have been served. Defendant American International Group, Inc. has not been served and has not otherwise made an appearance in the case.

Defendant files this Notice without waiving any defenses that may exist in state or federal court. In support of this removal, Defendant alleges the following.

1. On or about August 30, 2017, Plaintiff filed its Complaint in this action in the Pima County Superior Court, entitled *Farwest Pump Company, a corporation, Plaintiff, vs. Illinois National Insurance Company, an insurance company; American International Group, Inc., an insurance company; John Does and Jane Does 1-5; XYZ Corporations1-X, Defendants* (the "Complaint") bearing docket number C20174197. A copy of the Complaint is attached hereto as part of Exhibit A.

2. Plaintiffs emailed a copy of the Complaint to Defendant Illinois National's counsel, Timothy M. Strong, on September 14, 2017, and requested Mr. Strong accept service. A waiver of service was signed and filed on September 25, 2017, whereby Mr. Strong accepted service of process on behalf of Illinois National and acknowledged receipt of the Summons, Complaint, Demand for Jury Trial and Certificate of Compulsory Arbitration. Thus, this Notice of Removal of the case to the United States District Court is timely filed, as it is filed no more than thirty (30) days after Defendant Illinois National received the properly served Complaint, in accordance with 28 U.S.C. §§ 1441 and 1446.

3. This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1332. There is complete diversity and the amount in controversy exceeds $75,000, exclusive of interest and costs.

**Complete Diversity Exists Between the Parties**

4. Pursuant to 28 U.S.C. § 1332(a), "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between ... citizens of different States."

5. At the time Plaintiff's Complaint was filed, and at the time of this removal, Defendant Illinois National is an insurance company incorporated in the state of Illinois, with its principal place of business in Chicago, Illinois. Plaintiff Farwest Pump Company is a company incorporated in the state of Arizona (*see* Ex. C) and headquartered in Pima County, Arizona (*see* Compl. ¶ 1, Ex. A.)

6. Because Plaintiff is incorporated and has its principal place of business in Arizona, and defendant Illinois National is incorporated and has its principal place of business in Illinois, complete diversity of citizenship exists.

7. Because only those parties properly joined and served must be diverse, the citizenship of putative defendants who have not been served is disregarded for diversity purposes. 28 U.S.C. § 1446(b)(2)(A). Nevertheless, upon information and belief, the non-served defendant American International Group, Inc., is incorporated in the state of Delaware and has its principal place of business in New York.

**The Amount in Controversy Exceeds $75,000**

8. Plaintiff's Complaint alleges damages for breach of contract and bad faith, and punitive damages. Plaintiff specifically alleges economic damages in excess of $893,000. (*See* Compl. ¶¶ 31-34.) Thus, a good-faith estimate of the amount in controversy exceeds $75,000, exclusive of interest and costs.

9. This Court has original jurisdiction over Plaintiff's claims because the action presents a dispute between citizens of different states where the matters in controversy exceed the sum or value of $75,000, exclusive of interests and costs. 28 U.S.C. § 1332(a)(1).

- 3 -

WHEREFORE, Defendant Illinois National prays that this matter be removed to the United States District Court for the District of Arizona for further proceedings and disposition.

DATED this 13th day of October, 2017.

STEPTOE & JOHNSON LLP

By /s/ Timothy M. Strong
Timothy M. Strong
Kimberly Allen
201 E. Washington St., Suite 1600
Phoenix, Arizona 85004-2382

Attorneys for Illinois National
Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2017, I mailed and emailed the attached document following:

Ted A. Schmidt
Matthew F. Schmidt
SCHMIDT & SETHI, P.C.
1790 East River Road, Suite 300
Tucson, Arizona 85718
tschrnidt@azinjurylaw.com
mschmidt@azinjurylaw.com

Rohit Talwar
TALWAR LAW, P.L.L.C.
5501 North Oracle Road, Suite 171
Tucson, Arizona 85704
rohit@talwarlaw.com

/s/ Jackquelynne S. Davis