# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Farwest Pump Company, | No. CV-17-00512-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Illinois National Insurance Company, et al., | |
| Defendants. | |

Upon Stipulation filed by Farwest Pump Company and Illinois National Insurance Company, and the Court finding good cause,

**Accordingly,**

**IT IS ORDERED** that the Stipulation (Doc. 18) is GRANTED.

**IT IS FURTHER ORDERED** that American International Group, Inc. is dismissed without prejudice.

Dated this 20th day of December, 2017.

_____
Honorable David C. Bury
United States District Judge